No. 75–720. LEE WAY MOTOR FREIGHT, INC., ET AL. v. RESENDIS ET AL.; and YELLOW FREIGHT SYSTEM, INC. v. HERRERA ET AL., 425 U. S. 991. Petition for rehearing granted and order of May 24, 1976, vacated. Certiorari granted, judgments vacated, and case remanded for further consideration in light of *East Texas Motor Freight System, Inc.* v. *Rodriguez, ante,* p. 395.

No. 76–838. UNION CARBIDE CORP., CONSUMER PRODUCTS DIVISION v. NANCE. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *International Brotherhood of Teamsters* v. *United States, ante,* p. 324.

No. 67, Orig. IDAHO EX REL. EVANS, GOVERNOR OF IDAHO, ET AL. v. OREGON ET AL. It is ordered that the Honorable Jean Sala Breitenstein, Senior Judge for the United States Court of Appeals for the Tenth Circuit, is appointed Special Master in this case with authority to fix the time and conditions for filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem necessary to call for. The Master is directed to submit such reports as he may deem appropriate.

The Master shall be allowed his actual expenses. The allowances to him, the compensation paid to his technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct.

It is further ordered that if the position of Special Master in this case becomes vacant during a recess of the Court, THE CHIEF JUSTICE shall have authority to make a new designation which shall have the same effect as if originally made by the Court. [For earlier orders herein, see, *e. g.,* 429 U. S. 163.]